UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:23-cv-01354-JLS-PD                                                           Date: January 18, 2024
Title:  Happy Puppy LA, et al. v. Bank of America, N.A.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Gabby Garcia | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS)  ORDER HOLDING IN ABEYANCE ORDER TO SHOW CAUSE (Doc. 50)**

      On January 4, 2024, the Court ordered Plaintiffs to show cause why the Court should not dismiss this action; the Court explained that it does not intend to stay the action indefinitely and the Parties' recent status report indicated no present plans to begin arbitration.  (Order to Show Cause, Doc. 50.)  On January 16, 2024, Plaintiffs submitted a response indicating that Parties are engaged in good faith settlement negotiations.  (Response to OSC at 1, Doc. 51.)  Plaintiffs requested 30 days to continue those negotiations and then, if a settlement is not reached, to provide the Court with a planned schedule for initiating arbitration.  (*Id.*)

      Based on those representations, the Order to Show Cause is held in abeyance.  On or before **February 15, 2024,** the Parties must submit a joint status report informing the Court about the status of settlement.  If no settlement has been reached, the parties must initiate arbitration within 30 days thereafter and notify the Court in writing that they have done so.  Failure to initiate arbitration within 60 days may result in dismissal for failure to prosecute.

Initials of Deputy Clerk: gga