# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAPPY PUPPY L.A,, INC., et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>BANK OF AMERICA, N.A.,<br><br>           Defendant. | Case No.: 2:23-CV-01354-JLS<br><br>**ORDER DISMISSING ACTION** |

On or about April 9, 2024, the parties filed a joint stipulation to dismiss Plaintiffs' claims with prejudice (Doc. 55), pursuant to Federal Rule of Civil Procedure 41(a).

The Court, having considered the Motion and finding good cause therefore, hereby GRANTS the parties' joint stipulation and ORDERS as follows:

1. Plaintiffs and Defendant have reached a settlement of Plaintiffs' individual claims. Plaintiffs' individual claims are dismissed with prejudice.

2. A class has not been certified nor is a class being proposed for certification for purposes of settlement. All class claims are dismissed without prejudice.

3. The parties shall bear their own fees and costs.

DATED:   April 11, 2024

_____
Hon. Josephine L. Staton
United States District Court Judge